

September 21, 2021

**VIA ELECTRONIC FILING**

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17; Room 3124
Wilmington, DE 19801-3555

Sarah E. Delia
Associate
T. 302-984-6342
F. 302-220-4617
sdelia@mccarter.com

    **RE:** *Whitewater Capital Ltd. v. Google LLC et al.*, C.A. No. 21-mc-218 (RGA) (JLH); *LeGuide.com SAS v. Google LLC et al.*, C.A. No. 21-mc-219 (RGA) (JLH)

Dear Magistrate Judge Hall:

    We write on behalf of Whitewater Capital Ltd. and LeGuide.com SAS ("Petitioners"). At this time, Petitioners do not request an oral argument regarding their 28 U.S.C. § 1782 applications to obtain discovery from Google LLC and Alphabet, Inc. for use in a foreign proceeding (the "Application").

    Petitioners respectfully submit that Petitioners' filings related to the Application are sufficient for this Court to grant the Application. However, if the Court prefers to hold an oral argument, Petitioners are prepared for any oral argument the Court may wish to schedule.

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801-3717
T. 302.984.6300
F. 302.984.6399
www.mccarter.com

    Respectfully submitted,

    /s/ *Sarah E. Delia*

    Sarah E. Delia
    (DE ID # 5833)

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

cc:   Counsel of Record

ME1 33840668v.1